█ CHRISHEMA CLARKE, an Infant, by Her Mother and Natural Guardian, TERRI THOMPSON-GOMILLION, et al., Respondents, v CITY OF NEW YORK et al., Defendants, and NEW YORK CITY HOUSING AUTHORITY, Appellant. [889 NYS2d 847]

Factual issues whether the infant plaintiff's assailant was an intruder who entered the building through a negligently maintained door or possessed a key to the building or was an invited guest of building residents preclude summary judgment (*see Burgos v Aqueduct Realty Corp.*, 92 NY2d 544, 550-551 [1998]; *Miller v State of New York*, 62 NY2d 506, 508-509 [1984]). Concur—Tom, J.P., Andrias, Saxe, McGuire and Manzanet-Daniels, JJ.